Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| KEN WALTERS, DON DOSER, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al.,<br><br>Plaintiffs,<br>vs.<br><br>SCHULHAUSER ENGINEERING, INC. et al.<br><br>Defendants. | Case No.: C-03-2875 MMC<br><br>**EX PARTE APPLICATION FOR ENTRY OF JUDGMENT BASED UPON STIPULATION; ORDER THEREON** |

Plaintiffs KEN WALTERS, DON DOSER, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT

ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND; and OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND ("Operating Engineers Trust Funds") submit the following ex parte application to enforce the terms of a stipulation for entry of judgment, which the Court incorporated into the Order dated October 14, 2003 that it entered in the above-captioned proceeding. The default provision of the Stipulation, cited below, provides that the Plaintiffs are entitled to an immediate entry of judgment <u>without notice to the Defendants</u> in the event that the Defendants fail to make the payments required by paragraph 7 of the Stipulation. In light of the Defendants' default with respect to its payment obligations stated in paragraph 7 of the Stipulation, as detailed below, the Plaintiffs seek immediate entry of a judgment in favor of the Plaintiffs in the amount of $159,819.30.

1. On June 19, 2003, the Plaintiffs, who are Trustees of the Taft-Hartley multi-employer trust funds governed by ERISA, filed the above-captioned suit against Schulhauser Engineering, Inc. and its owner and principal, Steven Paul Schulhauser, to collect unpaid contributions, liquidated damages and interest owed by Defendants based upon covered work performed pursuant to a written collective bargaining agreement by Schulhauser Engineering, Inc.'s employees.

2. Thereafter, the parties executed a Stipulation For Entry Of Judgment; Order Thereon to resolve the matter. This Court incorporated the Stipulation into its order dated October 14, 2003.

3. Paragraph six of the Stipulation provides:

> The Defendants, and each of them, agree that they owe the Operating Engineers Trust Funds delinquent principal contributions in the amount of $22,221.65, liquidated damages and interest in the amount of $150,810.15 and attorney's fees and costs in an amount according to proof.

4. With respect to payment of the amounts that the Defendants agreed that they owed, paragraph seven of the Stipulation provides:

> The Defendants, and each of them, agree to pay the principal contributions in the amount of $22,221.65 as follows. The Defendants shall make a payment in the amount of $5,000.00 to the Operating Engineers Trust Funds on August 15, 2003. Thereafter, the Defendants will make monthly payments in the amount of $500.00 per month, commencing on August 15, 2003 until the outstanding principal contributions owed are paid in full. Each of the aforementioned payments will be by check made payable to "Operating Engineers Trust Funds" and directed to the attention of Tracy L. Holtz at 1620 South Loop Road, Alameda, California. The Defendants agree that upon execution of this Stipulation, they will provide the Plaintiffs with checks corresponding to the first twelve payments in the amount of $500.00 owed pursuant to this paragraph to be cashed by the Operating Engineers Trust Funds when due under this Stipulation. Additionally, Defendants agree that upon execution of this Stipulation, they will provide the Plaintiffs with the checks corresponding to the payment in the amount of $5,000.00 owed pursuant to this paragraph to be cashed by the Operating Engineers Trust Funds on August 15, 2003, the date on which the payment is due under this Stipulation. Failure to make either of the payments required under this paragraph or paragraph eight (8) of this Stipulation in a timely manner constitutes a default of the Defendants' obligations under this Stipulation. <u>In the event that the Defendants are in default, then the Plaintiffs, without notice to the Defendants, will immediately have the right to enter a judgment against the Defendant in this action in the total amount of $173,031.80, less any payments made after entering into this stipulation, pursuant to this paragraph of this stipulation, toward the above-stated delinquent principal shortages.</u> After entry of the aforementioned judgment, Plaintiffs may take any legal action to collect the judgment, and do not waive any rights regarding collection of the judgment by entering into this stipulation. (emphasis added).

The Default provision of the Stipulation, which is underlined in the text of paragraph 7 of the Stipulation cited above, provides that Plaintiffs are entitled to immediate entry of a judgment, without notice to the Defendants, in the event that Defendants fail to timely make the payments required by paragraph 7 of the Stipulation.

5. Paragraph 11 of the Stipulation provides that if Defendants default on their obligations under Paragraph 7, then the Plaintiffs are also entitled to their reasonable attorney's fees and costs associated with the breach as part of the judgment.

EX PARTE APPLICATION FOR ENTRY OF JUDGMENT BASED UPON STIPULATION; ORDER THEREON;
Case No.: C 03-2875 MMC

- 3

6. After execution of the Stipulation, the Defendants made the following payments pursuant to the Stipulation:

| Payment Date: | Payment Amount: |
|---|---|
| 8/24/03 | $5,000.00 |
| 8/24/03 | $500.00 |
| 9/26/03 | $500.00 |
| 10/30/03 | $500.00 |
| 12/18/03 | $500.00 |
| 1/21/04 | $1,000.00 |
| 2/25/04 | $500.00 |
| 3/19/04 | $500.00 |
| 5/25/04 | $500.00 |
| 5/25/04 | $500.00 |
| 6/22/04 | $500.00 |
| 9/29/04 | $500.00 |
| 1/13/05 | $500.00 |
| 1/19/05 | $500.00 |
| 2/25/05 | $500.00 |
| 3/22/05 | $500.00 |
| 5/02/05 | $500.00 |
| 5/31/05 | $500.00 |
| TOTAL PAYMENTS | $14,000.00 |

7. Since Defendants agreed to make payments in the amount of $500.00 per month by the fifteen day of the month beginning on August 15, 2004 until the principal contributions in the amount of $22,221.65 are paid in full, but ceased making payments on May 31, 2005 at which time $8,221.65 of the $22, 221.65 in principal contributions payable under Paragraph 7 was outstanding, the Defendants defaulted on their payment obligations under Paragraph 7 of the Stipulation. To date, the Defendants did not cure the default nor make any further payments after the May 31, 2005 payment.

8. Consequently, under language of the Stipulation cited above, Plaintiffs are entitled to file the Stipulation with the Court ex-parte, and obtain a judgment pursuant to the Stipulation, in the amount of $159,819.30 [$173,031.80, less payments totaling $14,000.00, plus attorney's fees in the amount of $787.50].

DATED: 6/15/06

OPERATING ENGINEERS LOCAL UNION NO. 3
TRUST FUNDS-MULTI-SERVICES

BY: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

## ORDER

Good Cause Appearing, based upon the foregoing, and the Stipulated Entry of Judgment and Order Thereon, the Court will enter a judgment forthwith in the amount of $159,819.30.

Dated: June 19, 2006

_____
MAXINE M. CHESNEY
HONORABLE UNITED STATES COURT JUDGE