1 Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 San Francisco, CA 94104
(415) 882-7900
4 (415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
5 mstafford@sjlawcorp.com

6 Attorneys for Plaintiffs

7

8

9                    UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 KEN WALTERS, DON DOSER, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al. | Case No.: C03-2875 MMC |
| 12 | **SUBSTITUTION OF ATTORNEY ; ORDER** |
| 13 | |
| 14        Plaintiffs, | |
| 15 v. | |
| 16 SCHULHAUSER ENGINEERING, INC., a suspended California Corporation; and STEVEN PAUL SCHULHAUSER, individually, | |
| 17 | |
| 18        Defendants. | |
| 19 | |

20        Plaintiffs OPERATING ENGINEERS TRUST FUNDS, et al. in the above entitled matter

21

22 hereby substitute as counsel of record, in place of Tracy L. Mainguy, the firm of Saltzman and

23 Johnson Law Corporation.  Saltzman and Johnson's contact information is as follows:

24            SALTZMAN & JOHNSON LAW CORPORATION
            44 Montgomery Street, Suite 2110
25            San Francisco, CA 94l04
            Telephone:  (4l5) 882-7900
26            Facsimile: (415) 882-9287
            mstafford@sjlawcorp.com
27

28

                                                        -1-
                                    **SUBSTITUTION OF ATTORNEY**
                                    **Case No.: C03-2875 MMC**

P:\CLIENTS\OE3CL\Schulhauser Engineering\Pleadings\C03-2875 MMC Substitution of Attorney 010709.doc

-2-

**CONSENT TO THE ABOVE SUBSTITUTION IS HEREBY GIVEN:**

Dated: January 5, 2009                    OPERATING ENGINEERS TRUST FUNDS

                                          ___/s/ Wayne E. McBride_____
                                          Wayne E. McBride
                                          Collections Manager

Dated: January 5, 2009                    SALTZMAN & JOHNSON LAW CORPORATION

                                          ___/s/ Michele R. Stafford_____
                                          Michele R. Stafford, Esq.

**ORDER**

IT IS SO ORDERED.

Dated: January 14, 2009                   _____
                                          Maxine M. Chesney
                                          United States District Judge

-2-
**SUBSTITUTION OF ATTORNEY**
**Case No.: C03-2875 MMC**